**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 11-cr-00406-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MANUEL SANTISTEVAN,
2.    DANIEL SHAW,
3.    DUSTIN PFEIFFER,

      Defendants.

---

## *SUA SPONTE* ORDER SETTING HEARING

---

This matter is before the Court *sua sponte*.  Having reviewed the pending motions and having noted that the response deadline for pending motions is currently set at June 4, 2012, the Court determines that the following motions should be addressed at a hearing prior to the Final Trial Preparation Conference:

- Defendant Santistevan's "Motion to Suppress Statements" (Doc. # 40);

- Defendant Pfeiffer's "Motion *In Limine* for Advance Notice of Evidence the Government Intends to Offer Under F. R. Evid. Rule 413(b)" (Doc. # 94);

- Defendant Pfeiffer's "Motion for Reasonable Notice of F. R. Evid. Rule 404(b) Evidence" (Doc. # 98);

- The Government's "Notice of Intent to Offer Evidence of Acts not Charged in the Indictment as Intrinsic to the Case, Pursuant to Federal Rule of Evidence 413,

Rule 404(b), and Request for Pretrial Ruling on the Government's Request to Admit Evidence" (Doc. # 102);

- Defendant Pfeiffer's "Motion *In Limine* to Exclude Evidence and Response to United States' Notice of Intent to Offer Evidence of Acts not Charged in the Indictment as Intrinsic to the Case, Pursuant to Federal Rule of Evidence 413, Rule 404(b), and Request for Pretrial Ruling on the Government's Request to Admit Evidence" (Doc. # 118);

- Defendant Shaw's "Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements" (Doc. # 124);

- The Government's "Notice of Intent to Offer Evidence of Out-of-Court Statements During its Case in Chief and Request for Pretrial Ruling on the Government's Request to Admit Evidence" (Doc. # 128);

- The Government's "Motion in Limine Regarding the Use of F.B.I. Reports as Evidence and for Impeachment Purposes" (Doc. # 130);
  - and -

- The Government's "Motion in Limine to Preclude the Defendants from Making Any Reference at Trial to the Potential Penalties the Defendants Will Face if Convicted" (Doc. # 131).

The Court apologizes for the unilateral setting of this hearing but, unfortunately, the Court's calendar is quite congested and the only day the Court is able to block out 3-4 hours for such a hearing prior to the Final Trial Preparation Conference is the morning

of June 20, 2012.  The Court, therefore, sets a hearing in this matter on **June 20, 2012,**

**at 8:00 a.m.,** in Courtroom A602 of the Arraj Courthouse.  The parties should be

prepared to submit evidence and/or to make such further argument as the Court may

request in support of or in opposition to the motions.  Defendants shall be present at this

hearing.

DATED:  May   23  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge