**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 11-cr-00406-CMA
(Related Civil Action No. 15-cv-00505-CMA)

UNITED STATES OF AMERICA,

v.

MANUEL SANTISTEVAN,

    Movant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying § 2255 Petition, entered by Judge Christine M. Arguello on June 24, 2015,

IT IS ORDERED that Mr. Santisteven's Motion to Vacate his Sentence pursuant to 28 U.S.C. § 2255 (Doc. #435) is DENIED.

IT IS FURTHER ORDERED that Mr. Santistevan's related civil case, 15-cv-505, is DISMISSED in its entirety.

Dated this 24th day of June 2015.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: _s/Deborah Hansen_
                                            Deborah Hansen, Deputy Clerk