IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 11-cr-00406-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL SANTISTEVAN,

    Defendant.

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the Motion (Doc. # 501) is DENIED after complete review of the Motions on the merits.

    FACTORS CONSIDERED:

- The Government concedes that Mr. Santistevan suffers from hypertension, which constitutes "a serious physical or medical condition . . . that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility," due to the circumstances presented by the COVID-19 virus. U.S.S.G. § 1B1.13 cmt. n.1(A)(ii)(I); (Doc. # 516 at 3). However, the § 3553(a) factors weigh heavily against Mr. Santistevan's release.

- According to the Probation Office's analysis, Mr. Santistevan "presents risk to reoffend based on his criminal history." (Doc. # 517 at 2.) As the Government correctly notes, that history includes "18 [arrests] on charges of violence, drug offenses and property crimes." (Doc. # 516 at 14.) Based on these facts, the Court finds that Mr. Santistevan's release would present a high risk of danger to the public. *See* § 3553(a)(2)(C) (sentence must "protect the public from further crimes of the defendant");

- Mr. Santistevan has served less than 50% of his sentence; and

- The drastic sentence reduction that Mr. Santistevan requests would not reflect the seriousness of the offense at issue, which involved a "leadership role in the extortion, brutal assault and rape of a fellow inmate." (Doc. # 516 at 1); *see* § 3553(a)(2)(A) (sentence must "reflect the seriousness of the offense, . . . promote respect for the law, and . . . provide just punishment for the offense").

DATED: September 17, 2020

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge